IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT O'NEAL                                                    PLAINTIFF

vs.                        Civil Case No. 5:09CV00099 JMM/HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                   DEFENDANT

ORDER

Now before the court is Plaintiff's Voluntary Motion to Dismiss (DE #12), on the ground that he is pursuing a new application with new counsel and he intends to focus his efforts on the new application, which counsel advises is supported by more compelling evidence. Defendant has responded that he has no objection to the voluntary dismissal. The court finds no reason to deny the motion.

IT IS THEREFORE ORDERED that this complaint be, and it is hereby, dismissed.

SO ORDERED this 2nd day of November, 2009.

_____
United States District Judge